FILED
2005 Jan-18  AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BIDEZ AND ASSOCIATES, INC. a Corporation, )<br><br>Plaintiff, )<br><br>vs. )<br><br>TRACY & CARBOY, a partnership of Professional corporations, and E. TODD TRACY, an individual, )<br>Defendants. ) | Case No.: CV-04-HGD-2534-S |

### AMENDED AFFIDAVIT OF MARTHA WARREN BIDEZ

Before me the undersigned Notary Public, personally appeared Martha Warren Bidez who is known to me and, who being first duly sworn, deposes and says as follows:

My name is Martha Warren Bidez and I am the President of Bidez and Associates, Inc. which is located in Birmingham, Alabama and is the Plaintiff in the above captioned case. I am over nineteen years of age, have personal knowledge of the facts contained in this affidavit, and am competent to testify to all matters herein.

I am a biomechanical engineer for Bidez and Associates, Inc. who consults and occasionally testifies throughout the United States to evaluate potential automotive crashworthiness cases where catastrophic injury and/or

death to one or more occupants has occurred. In my capacity as a biomechanical engineer for Bidez and Associates, Inc. I have been called upon to render testimony in major automotive product liability cases in federal and/or state courts in 26 states on the issue of injury causation.

The vast majority of all biomechanical reconstruction work that I perform as a biomechanical engineer for Bidez and Associates, Inc. occurs in the offices of Bidez and Associates located in Birmingham, Alabama. All of my attorney clients expect and depend upon me to utilize the efforts of my professional staff and my extensive technical library. Virtually all of my analytical work in every case occurs in my home in Birmingham, Alabama or my Birmingham-based offices. Clients regularly communicate with me at my offices in Birmingham, Alabama via telephone conferences to discuss the status of my work in the case and/or to simply request a technical consultation to assist them in their practice of product liability law.

It is the customary business practice of Bidez and Associates, Inc. to provide each client with a contract outlining the agreed upon business arrangement. Our firm generally does not require a separate contract for each case after a working relationship with the client has been established. It is my belief that E. Todd Tracy on behalf of Tracy & Carboy and/or Law Offices of E. Todd Tracy, P.C. (hereinafter collectively referred to as "Defendants") signed a contract with Bidez and Associates, Inc. as herein described, but I do not have a copy of this contract in my possession.

In my capacity as both President and a biomechanical engineer for Bidez and Associates, Inc., I began working with Defendants in December 2000. I worked continuously with Defendants on a monthly basis, until November 2003. Over this three year period, Defendants consistently paid, albeit historically late, the invoices that Bidez and Associates, Inc. provided on a monthly basis. At no time did Defendants ever in word or action refuse to accept the terms of the consulting arrangement with Bidez and Associates, Inc. as reflected in the initial agreement. The terms of that agreement never changed in the three years of our working relationship. Defendants never refused to pay any charge until the refusal which ultimately led to this litigation.

According to the records of Bidez and Associates, Inc. I participated as a biomechanical engineer in the evaluation of forty-two cases for Defendants from December 2000 to October 2003. I only conducted an initial evaluation in twelve of these cases. The billing records of the remaining thirty cases document the fact that over this three year time frame approximately 70% of all Bidez and Associates, Inc.'s professional fees were generated in the corporate offices of Bidez and Associates, Inc. located in Birmingham, Alabama. In addition, I know of at least one occasion on which Todd Tracy came to Birmingham and participated in a business meeting with me.

Todd Tracy stated in his affidavit that "All of Ms. Bidez's written expert opinions were *received* (emphasis added) by my office in Dallas, Texas." According to the records of Bidez and Associates, Inc. expert reports were submitted to Defendants in ten cases. As noted above, approximately 70% of

Page 4 of 4

the work that formed the basis for such reports was performed in Birmingham, Alabama.

Further affiant saith not.

*Martha Warren Bidez*
Martha Warren Bidez

STATE OF ALABAMA )
JEFFERSON COUNTY )

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 12th DAY OF January, 2005.

*[signature]*
NOTARY PUBLIC
My    Commission    Expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Nov 16, 2005
BONDED THRU NOTARY PUBLIC UNDERWRITERS