# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BIDEZ AND ASSOCIATES, INC.**, a corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO.: ) CV-04-HGD-2534-S |
| **TRACY & CARBOY**, a partnership of professional corporations, and **E. TODD TRACY**, an individual, | ) ) ) ) |
| Defendants. | ) |

## ANSWER TO AMENDED COMPLAINT

COME NOW Tracy & Carboy, E. Todd Tracy, and Law Offices of E. Todd Tracy, P.C., Defendants in the above-styled cause, and for Answer to the Amended Complaint of the Plaintiff assert the following defenses, separately and severally:

### FIRST DEFENSE

The Defendants aver the Court lacks in personam jurisdiction over the Defendants.

### SECOND DEFENSE

The Defendants aver the Court lacks subject matter jurisdiction over the Defendants.

### THIRD DEFENSE

The Defendants aver the Court lacks personal jurisdiction over each of the Defendants as the Defendants have not conducted business in the state of Alabama.

### FOURTH DEFENSE

The Defendants aver the Court does not have sufficient minimum contacts with the state of Alabama in order for this Court to have jurisdiction over the Defendants.

### FIFTH DEFENSE

The Defendants aver there is not substantial contact between the state of Alabama and the Defendants in order for this Court to have jurisdiction over the Defendants.

### SIXTH DEFENSE

The Defendants assert that for the convenience of the parties and witness, and in the interest justice, this case should be transferred to the United States District Court for the Northern District of Texas, Dallas Division.

### SEVENTH DEFENSE

The Defendants assert the exercise of personal jurisdiction over the Defendants would violate the due process clause of the Fourteenth Amendment of the United States Constitution.

### EIGHTH DEFENSE

The Defendants assert that requiring the Defendants to come to this state would be unfair and unreasonable and would offend the traditional notions of fair play and substantial justice.

### NINTH DEFENSE

The Defendants assert that venue is not proper.

## TENTH DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief may be granted.

## ELEVENTH DEFENSE

The Defendants deny each and every material averment of the Plaintiff's Complaint and demand strict proof thereof.

## TWELFTH DEFENSE

The Defendants deny that they breached any contract with the Plaintiff as is alleged in the Complaint and deny further that any such alleged breach on their part proximately caused or proximately contributed to the damages referred to in the Complaint.

## THIRTEENTH DEFENSE

The Defendants deny that they were guilty of unjust enrichment as is alleged in the Complaint and deny further that any such alleged conduct on their part proximately caused or proximately contributed to the damages referred to in the Complaint.

## FOURTEENTH DEFENSE

The Defendants aver there is no causal relationship between the actions of the Defendants and the damages referred to in the Complaint.

## FIFTEENTH DEFENSE

The Defendants aver that the incident complained of was proximately caused by an independent, intervening or superseding cause, and not by the acts of these Defendants.

### SIXTEENTH DEFENSE

The Defendants aver that no conduct of these Defendants was a proximate cause of the damages and injuries alleged in the Complaint.

### SEVENTEENTH DEFENSE

The Defendants deny that the Plaintiff was damaged to the nature and extent claimed and demand strict proof thereof.

### EIGHTEENTH DEFENSE

The Defendants assert waiver.

### NINETEENTH DEFENSE

The Defendants assert estoppel.

### TWENTIETH DEFENSE

Defendants assert the affirmative defense of excuse of condition.

### TWENTY-FIRST DEFENSE

Defendants are not liable to the Plaintiff because Plaintiff's own breach of contract excused performance by the Defendants.

### TWENTY-SECOND DEFENSE

Defendants assert the affirmative defense of rescission by the Plaintiff.

### TWENTY-THIRD DEFENSE

Defendants are not liable because Plaintiff breached a duty of good faith and fair dealing owed to the Defendants.

### TWENTY-FOURTH DEFENSE

Defendants are not liable because the Plaintiff's anticipatory repudiation of the

contract excused further performance.

## TWENTY-FIFTH DEFENSE

The Defendants contest damages.

The Defendants reserve the right to assert additional defenses as discovery progresses in the case.

```
                                        s/ Dorothy A. Powell
                                        DOROTHY A. POWELL
```

**OF COUNSEL:**

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL  35223-2480
(205) 326-6600

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2005, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Augusta S. Dowd.

```
                                        s/ Dorothy A. Powell
                                        OF COUNSEL
```