FILED
2005 Jul-01  PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BIDEZ AND ASSOCIATES, INC. a Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: CV-04-HGD-2534-S ) |
| TRACY & CARBOY, a partnership of Professional corporations, E. TODD TRACY, An individual, and LAW OFFICES OF E. TODD TRACY, P.C., A professional corporation | ) ) ) ) ) ) |
| Defendants. | ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Bidez and Associates, Inc., and Defendants, Tracy & Carboy, E. Todd Tracy and Law Offices of E. Todd Tracy, P.C., by and through counsel, and pursuant to F.R.C.P. 41(a)(1)(ii), stipulate to the dismissal of this cause with prejudice, each party to bear its own costs.

Submitted this 1st day of July, 2005.

J. Mark White
Augusta S. Dowd
Rebecca DePalma
Attorneys for Plaintiffs

OF COUNSEL:
WHITE ARNOLD ANDREWS & DOWD P.C.
2025 3rd Avenue North, Suite 600
Birmingham, Alabama  35203
(205) 323-1888

Mark W. Lee
Dorothy A. Powell
Attorneys for Defendants

OF COUNSEL:
PARSONS, LEE & JULIANO, P.C.
P.O. Box 530630
Birmingham, AL 35253